O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE ROSALES, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, a municipal entity; LOS ANGELES POLICE DEPARTMENT, a department of the City of Los Angeles,<br><br>　　　　　　Defendants. | Case No. CV 12-00034 DDP (MRWx)<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LIMITED EXTENSION OF DISCOVERY CUT-OFF**<br><br>[Dkt. No. 46] |

　　Before the court is Plaintiffs' Ex Parte Application for Limited Extension of Discovery Cut-Off to File [Proposed] Joint Stipulation. Good cause appearing, the court hereby GRANTS the Application. The current discovery cut-off date of April 29, 2013, is continued to June 28, 2013. **No further continuances shall be granted.**

IT IS SO ORDERED.

Dated: April 30, 2013

　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　United States District Judge